NOTE: This order is nonprecedential

# United States Court of Appeals
# for the Federal Circuit

---

**RONALD E. COLEMAN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7148

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-901, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

## O R D E R

Upon consideration of Ronald Coleman's motion to withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

___AUG 17 2012___        /s/ Jan Horbaly___
Date                         Jan Horbaly
                                     Clerk

cc:  Sandra E. Booth, Esq.
     Tara K. Hogan, Esq.

s25

Issued As A Mandate: ___AUG 17 2012___

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 17 2012

JAN HORBALY
CLERK